CITY OF BUFFALO, Respondent, v. PLAINFIELD HOTEL CORPORATION, Appellant, et al., Defendants.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies a motion to vacate the alleged service of a summons and complaint on a foreign corporation.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

CITY OF BUFFALO, Respondent, v. NEW YORK NOTE & SHARE CORPORATION, Appellant, et al., Defendants.— Order affirmed, with $10 costs and disbursements. All concur. (The order grants plaintiff's motion to strike out certain defenses in an answer.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.